# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| SAFETY-KLEEN, *et al.*, | Case No. 00-02303 (PJW) |
| Debtors. | (Jointly Administered) |
| CLEAN HARBORS, INC., | |
| Plaintiff, | |
| | Adv. Pro. No. 05-50474 |
| v. | |
| ARKEMA, INC., f/k/a ATOFINA CHEMICAL, INC., and also f/k/a ELF ATOCHEM NORTH AMERICA, INC., HELEN KRAMER LANDFILL SUPERFUND SITE GROUP, and BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP, | |
| Defendants. | |

## NOTICE OF APPEAL

Clean Harbors, Inc. hereby appeals, under 28 U.S.C. § 158(a) and pursuant to Rules 8001 and 8002 of the Federal Rules of Bankruptcy Procedure, to the United States District Court for the District of Delaware from the *Findings of Fact and Conclusions of Law and Judgment Order With Respect to the Court's Findings of Fact and Conclusions of Law Dated January 3, 2008* (the "Order"), entered by the United States Bankruptcy Court for the District of Delaware (Hon. Peter J. Walsh) on January 3, 2008 [Adv. Docket Nos. 71 & 72].

The names of the parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys, are each as follows:

DM3\651902.1

### APPELLANT

- **Clean Harbors, Inc.**

    DUANE MORRIS LLP
    Michael R. Lastowski (DE 3892)
    Sommer L. Ross (DE 4598)
    1100 North Market Street, Suite 1200
    Wilmington, DE 19801
    Telephone:    (302) 657-4900
    Facsimile:     (302) 657-4901
    E-mail:         mlastowski@duanemorris.com
                        slross@duanemorris.com

### APPELLEES

- **Arkema, Inc., f/k/a Atofina Chemical, Inc., and also f/k/a Elf Atochem North America, Inc., Helen Kramer Landfill Superfund Site Group, and Ballard, Spahr, Andrews & Ingersoll, LLP**

    BALLARD SPAHR ANDREWS & INGERSOLL, LLP
    Vincent J. Marriot, III, Esquire
    1735 Market Street, 51st Floor
    Philadelphia, PA 19103
    Telephone:    (215) 665-8500
    Facsimile:     (215) 864-8999
    E-mail:         marriott@ballardspahr.com

    -and-

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

BALLARD SPAHR ANDREWS & INGERSOLL, LLP
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
919 North Market Street, 12th Floor
Wilmington, DE 19801
Telephone:    (302) 252-4465
Facsimile:    (302) 252-4466
E-mail:       daluzt@ballardspahr.com
              heilmanl@ballardspahr.com


Dated: January 14, 2008
       Wilmington, Delaware

Respectfully,

_____
Michael R. Lastowski (DE 3892)
Sommer L. Ross (DE 4598)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:       mlastowski@duanemorris.com
              slross@duanemorris.com

*Counsel to Plaintiff/Appellant*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| SAFETY-KLEEN CORP, et al., | ) Case No. 00-02303(PJW) |
| | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| _____ | ) |
| | ) |
| CLEAN HARBORS, INC., | ) |
| | ) |
| Plaintiff/Counterclaim Defendant, | ) |
| | ) |
| v. | ) Adv. Proc. No. 05-50474(PJW) |
| | ) |
| ARKEMA, INC., f/k/a ATOFINA CHEMICAL, INC., and also ELF ATOCHEM NORTH AMERICA, INC., HELEN KRAMER LANDFILL SUPERFUND SITE GROUP, and BALLARD, SPAHR,ANDREWS & INGERSOLL, LLP, | ) ) ) ) ) ) ) |
| | ) |
| Defendants/Counter-claimants. | ) |

### JUDGEMENT ORDER

For the reasons set forth in the Court's findings of fact and conclusion of law of this date, judgement is granted in favor of the Defendants.

                                                               Peter J. Walsh
                                                               United States Bankruptcy Judge

Dated: January 3, 2008

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

APPEAL TRANSMITTAL SHEET

Case Number: __05-50474__   ○ BK   ● AP
If AP, related BK Case Number: __00-2303__

Order Appealed: __Judgement Order with respect to the court's findings of fact and conclusions of law d__
Docket Number: __72__   Date Filed: __1/3/08__

Item Transmitted:   ● Notice of Appeal    ○ Motion for Leave to Appeal
Docket Number: __74__   Date Filed: __1/14/08__

*Appellant: __Clean Harbors, Inc.__   *Appellee: __Arkema, Inc., f/k/a Atonfina__

Counsel for Appellant:
__Michael R. Lastowski__
__Sommer L. Ross__
__Duane Morris LLP__
__1100 N. Market Street, Suite 1200__
__Wilmington, DE 19801__

Counsel for Appellee:
__Vincent J. Marriot, III, Esquire__

__Ballard Spahr Andrews & Ingersoll, LLP__
__1735 Market Street, 51st Floor__
__Philadelphia, PA 19103__

*If additional room is needed, please attach a separate sheet.

Filing Fee paid?   ● Yes   ○ No

IFP Motion Filed by Appellant?   ○ Yes   ● No

Hard Copies of Designated Items Received?   ● Yes   ○ No

Have Additional Appeals to the Same Order been Filed?   ○ Yes   ● No
   If so, has District Court assigned a Civil Action Number?   ○ Yes   ○ No   Civil Action # _____

__2/11/08__   By: __Barbara M. Torres__
Date   Deputy Clerk

FOR USE BY U.S. BANKRUPTCY COURT
Bankruptcy Court Appeal Number: __BAP-08-3__
6/1/06