# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| SAFETY-KLEEN, *et al.*, | Case No. 00-02303 (PJW) |
| Debtor | (Jointly Administered) |
| CLEAN HARBORS, INC., | |
| Plaintiff, | |
| v. | Adv. Pro. No. 05-50474 |
| ARKEMA, INC., f/k/a ATOFINA CHEMICAL, INC., and also f/k/a ELF ATOCHEM NORTH AMERICA, INC., HELEN KRAMER LANDFILL SUPERFUND SITE GROUP, and BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP, | **Related to Adv. Docket Nos. 71, 72 & 74** |
| Defendants. | |

## CLEAN HARBORS, INC.'S DESIGNATION OF ITEMS FOR RECORD ON APPEAL AND STATEMENT OF ISSUES ON APPEAL

Clean Harbors, Inc. ("Clean Harbors"), by and through its undersigned attorneys, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates the items to be included in the record and sets forth the statement of issues on its appeal from (i) *Findings of Fact and Conclusions of Law* (Adv. Docket No. 71) (the "Findings of Fact") and (ii) the accompanying *Judgment Order* (Adv. Docket No. 72), both entered by the Bankruptcy Court on January 3, 2008. Clean Harbors timely filed a Notice of Appeal on January 14, 2008 at Adv. Docket No. 74. This Designation of Items for Appeal is timely pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure.

DM3\657381.2

I. **Statement Of Issues On Appeal.**

1. Whether the Bankruptcy Court erred in finding that the Kramer Superfund Liabilities are assumed liabilities under the Acquisition Agreement?

2. Whether the Bankruptcy Court erred in finding that the Kramer Superfund Liabilities are assumed liabilities under the Sale Order?

3. Whether the Bankruptcy Court erred in finding that the Kramer Superfund Liabilities can be enforced directly by the Kramer Defendants against Clean Harbors?

4. Whether the Bankruptcy Court erred in finding that the Sale Order Injunction does not bar pursuit of the Kramer Superfund Liabilities Against Clean Harbors?

5. Whether the Court erred in admitting into evidence, over Clean Harbors' objection, Defendants' Trial Exhibit D-41?

II. **Designation Of Items For Record On Appeal.**

| Tab No. | Description |
| --- | --- |
| 1. | Joint Final Pretrial Order, filed August 10, 2007 [D.I. 54] |
| 2. | Plaintiff's Trial Exhibit P-1, Letter from Glenn A. Harris to Craig Lackey, dated April 21, 1998 |
| 3. | Plaintiff's Trial Exhibit P-2, Letter from Joel Schneider to Glenn A. Harris, dated June 13, 2000 |
| 4. | Plaintiff's Trial Exhibit P-3, Letter from Joel Schneider to Glenn A. Harris, dated June 27, 2000 |
| 5. | Plaintiff's Trial Exhibit P-5, Letter from Glenn A. Harris to Greg Galardi, dated November 8, 2000 |
| 6. | Plaintiff's Trial Exhibit P-24, Letter from Glenn Harris to Chip Duffie, dated March 21, 2002 |
| 7. | Plaintiff's Trial Exhibit P-26, E-mail from Jonathan Black to Glenn Harris, dated November 13, 2002 |

| Tab No. | Description |
|---|---|
| 8. | Plaintiff's Trial Exhibit P-27, E-mail from Glenn Harris to Jonathan Black to, dated November 15, 2002 |
| 9. | Plaintiff's Trial Exhibit P-33, E-mail from Glenn Harris to Joseph Miller (with blackline of Duffie Affidavit), dated July 25, 2003 |
| 10. | Plaintiff's Trial Exhibit P-43, E-mail from Glenn Harris to Steve Eichel, dated October 22, 2003 (enclosing Duffie Affidavit and Motion to Interpret and Enforce Prior Order) |
| 11. | Plaintiff's Trial Exhibit P-44, E-mail from Glenn Harris to Steve Eichel, dated October 30, 2003 (enclosing Duffie Affidavit and Motion) |
| 12. | Plaintiff's Trial Exhibit P-61, Settlement and Indemnification Agreement |
| 13. | Plaintiff's Trial Exhibit P-62, Helen Kramer Landfill Settlement Agreement |
| 14. | Plaintiff's Trial Exhibit P-63, Consent Decree |
| 15. | Plaintiff's Trial Exhibit P-64, Consent Decree |
| 16. | Plaintiff's Trial Exhibit P-65, Natural Resource Damages Consent Decree |
| 17. | Plaintiff's Trial Exhibit P-92, E-mail from Glenn Harris to Gina Valent, dated August 8, 2003 |
| 18. | Plaintiff's Trial Exhibit P-93, Order Approving Bidding Procedures |
| 19. | Plaintiff's Trial Exhibit P-96, Declaration of Glenn A. Harris, Esq. |
| 20. | Plaintiff's Trial Exhibit P-101, Exhibit A to Sale Order |
| 21. | Plaintiff's Trial Exhibit P-102, Debtors' Plan of Reorganization |
| 22. | Plaintiff's Trial Exhibit P-103, Confirmation Order |
| 23. | Plaintiff's Trial Exhibit P-104, Declaration of Virgil W. Duffie, III, Esq. dated November 3, 2003 with Letter attached as Exhibit A |
| 24. | Defendants' Trial Exhibit D-1, Settlement and Indemnification Agreement between Rollins Environmental Services (NJ) Inc. and Elf Atochem North America, Inc., dated April 30, 1996 |

DM3\657381.2

| Tab No. | Description |
|---|---|
| 25. | Defendants' Trial Exhibit D-2, Helen Kramer Landfill Settlement Agreement between Elf Atochem North America, Inc., *et al.* and Rollins Environmental Services (NJ) Inc., dated December 12, 1997 through April 21, 1998 |
| 26. | Defendants' Trial Exhibit D-3, EPA Consent Decree, entered August 14, 1998 |
| 27. | Defendants' Trial Exhibit D-4, NJDEP Consent Decree, entered August 14, 1998 |
| 28. | Defendants' Trial Exhibit D-5, Natural Resource Damages Consent Decree, entered August 14, 1998 |
| 29. | Defendants' Trial Exhibit D-7, S-K Superfund Sites Blue Business Assets, Preliminary Due Diligence Report prepared by Jonathan R. Black, dated March 5, 2002 |
| 30. | Defendants' Trial Exhibit D-8, E-mail from Crag Lackey to Chip Duffie, dated March 11, 2002 |
| 31. | Defendants' Trial Exhibit D-11, Clean Harbors, Inc. Form 10-K for fiscal year ended December 21, 2002 |
| 32. | Defendants' Trial Exhibit D-13A, Acquisition Agreement by and between Safety-Kleen Services, Inc. and Clean Harbors, Inc., dated February 22, 2002 |
| 33. | Defendants' Trial Exhibit D-13B, Schedules and Seller Disclosure Schedule to the Acquisition Agreement by and between Safety-Kleen Services, Inc. and Clean Harbors, Inc., dated February 22, 2002 |
| 34. | Defendants' Trial Exhibit D-15, Order (I) Authorizing and Approving (A) Sale of Substantially All Of The Assets And Certain Equity Interests Of The Debtors' Chemical Services Division To Clean Harbors, Inc., Free And Clear Of Liens, Claims, Encumbrances And Interests, And (B) Assumption And Assignment Of Certain Related Executory Contracts And Unexpired Leases, and (II) Determining That Such Sale Is Exempt From Any Stamp, Transfer, Recording, Or Similar Tax, And (III) Granting Related Relief, dated June 18, 2002 (the "Sale Order") |
| 35. | Defendants' Trial Exhibit D-17, E-mail from Jonathan Black to Glenn A. Harris, dated November 13, 2002 |
| 36. | Defendants' Trial Exhibit D-20, E-mail from Chip Duffie to Carol Moment, dated July 15, 2002 |

DM3\657381.2

| Tab No. | Description |
|---|---|
| 37. | Defendants' Trial Exhibit D-21, E-mail from Chip Duffie to Carol Moment, dated August 2, 2002 |
| 38. | [Omitted] |
| 39. | Defendants' Trial Exhibit D-30, Motion for Order (I) Authorizing and Approving (A) Sale of Substantially All Of The Assets And Certain Equity Interests Of The Debtors' Chemical Services Division To Clean Harbors, Inc., Or A Party Making A Higher Or Better Offer, Free And Clear Of Liens, Claims, Encumbrances And Interests, And (B) Assumption And Assignment Of Certain Related Executory Contracts And Unexpired Leases, and (II) (A) Establishing Competitive Bidding Procedures In Connection With The Sale, (B) Approving Bid Protections, Including Expense Reimbursement And Termination Fee, (C) Setting Sale Hearing And Objection Deadline, (D) Authorizing And Approving Form And Manner Of Notice Of Bidding Procedures And Sale Hearing, And (E) Determining That Such Sale is Exempt From And Stamp, Transfer, Recording, Or Similar Tax, And (III) Granting Related Relief, dated February 22, 2002. |
| 40. | Defendants' Trial Exhibit D-32, E-mail from Mike Yurkewicz to Whitton Norris, dated March 27, 2002 |
| 41. | Defendants' Trial Exhibit D-33, Onyx North America Corporation's Renewed and Supplemented Objection to the Proposed Sale Of Substantially All Of Assets And Certain Equity Interests Of Debtors' Chemical Services Division To Clean Harbors and/or Its Designee(s) Or A Party Making A Higher Or Better Offer, dated July 17, 2002 |
| 42. | Defendants' Trial Exhibit D-34, Hearing Transcript of Objection to Sale, dated June 17, 2002 |
| 43. | Defendants' Trial Exhibit D-35, Hearing Transcript of Objection to Sale Hearing, dated June 18, 2002 |
| 44. | Defendants' Trial Exhibit D-36, E-mail from Chip Duffie to Raeford Craig Lackey, dated April 30, 2003 |
| 45. | Defendants' Trial Exhibit D-37, Chart: Superfund Master List, dated May 7, 2004 |
| 46. | Defendants' Trial Exhibit D-38, Final Due Diligence Report prepared by Jonathan Black, dated May 2002 |

DM3\657381.2

| Tab No. | Description |
|---|---|
| 47. | Defendants' Trial Exhibit D-40, Hearing Transcript on Motion to Extend Sale Process, dated June 10, 2002 |
| 48. | Defendants' Trial Exhibit D-41, Letter of Intent executed by Clean Harbors, Inc. in connection with the acquisition of the Chemical Services Division of Safety-Kleen, Inc., dated December 13, 2001 |
| 49. | Defendants' Trial Exhibit D-42, Limited Objection of Arthur G. Maionchi, Edward A. Maionchi, Thomas S. Dinette, and Charles J. Kraft to Debtors' Motion for Order Authorizing and Approving Sale of Chemical Services Division to Clean Harbors, Inc. |
| 50. | Court's Memorandum Opinion Dated October 19, 2005 With Respect to the Defendants' Motion to Dismiss Count III of the Plaintiff's Complaint, entered October 19, 2005 [D.I. 15] |
| 51. | Order Granting Defendants' Motion to Dismiss Count III of the Plaintiff's Complaint, entered October 19, 2005 [D.I. 16] |
| 52. | Court's Letter to Counsel Dated July 24, 2006 With Respect to the Defendants' Motion for Summary Judgment [D.I. 27] |
| 53. | Motion of Defendants to Compel the Testimony of Raeford Craig Lackey Or, In the Alternative, to Compel Production of Documents Requested, filed August 1, 2007 [D.I. 48] |
| 54. | Plaintiff's Response to Motion of Defendants to Compel the Testimony of Raeford Craig Lackey Or, In the Alternative, to Compel Production of Documents Requested, filed August 10, 2007 [D.I. 52] |
| 55. | Transcript of Trial held on October 18, 2007 before the Honorable Peter J. Walsh [D.I. 65] |
| 56. | Transcript of Trial held on October 19, 2007 before the Honorable Peter J. Walsh [D.I. 66] |
| 57. | Defendants/Counterclaimants' Post-Trial Proposed Findings of Fact and Conclusions of Law, filed November 12, 2007 [D.I. 67] |
| 58. | Plaintiff's Proposed Findings of Fact and Conclusions of Law, filed November 12, 2007 [D.I. 68] |
| 59. | Defendants'/Counterclaimants' Reply to Plaintiff's Proposed Findings of Fact and Conclusions of Law, filed November 28, 2007 [D.I. 69] |

DM3\657381.2

| Tab No. | Description |
|---|---|
| 60. | Plaintiff's Responsive Proposed Findings of Fact and Conclusions of Law, filed November 28, 2007 [D.I. 70] |
| 61. | Findings of Fact and Conclusions of Law, entered January 3, 2008 [D.I. 71] |
| 62. | Judgment Order, entered January 3, 2008 [D.I. 72] |
| 63. | Notice of Appeal, filed January 14, 2008 [D.I. 74] |
| 64. | Transcript of Hearing on Defendant's Motion to Compel the Testimony of Raeford Craig Lackey Or, In the Alternative, to Compel Production of Documents Requested [Ordered on January 24, 2008] |

Dated: January 24, 2008
      Wilmington, Delaware

Respectfully,

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE3892)
Sommer L. Ross (DE 4598)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:         mlastowski@duanemorris.com
                    slross@duanemorris.com

*Counsel to Plaintiff/Appellant,
Clean Harbors, Inc.*

DM3\657381.2