## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| SAFETY-KLEEN, *et al.*, | Case No. 00-02303 (PJW) |
| Debtors. | (Jointly Administered) |
| CLEAN HARBORS, INC., | |
| Plaintiff/Appellant, | |
| v. | Adv. Proc. No. 05-50474 (PJW) |
| ARKEMA, INC., f/k/a ATOFINA CHEMICAL, INC., and also ELF ATOCHEM NORTH AMERICA, INC., HELEN KRAMER LANDFILL SUPERFUND SITE GROUP, and BALLARD, SPAHR, ANDREWS & INGERSOLL, LLP,[1] | **Related to Adv. Docket Nos. 71, 72, 74 & 78** |
| Defendants/Appellees. | |

### DEFENDANTS'/APPELLEES' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Defendants/Appellees ARKEMA, Inc. f/k/a ATOFINA Chemical, Inc., and also Elf Atochem North America, Inc. ("Arkema"), and Helen Kramer Landfill Superfund Site Group (the "Superfund Site Group" and, with Arkema, hereinafter the "Kramer Defendants"), by and through their undersigned attorneys, and pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, hereby designates additional items to be included in the record on Clean

---

[1] Ballard Spahr Andrews & Ingersoll, LLP was dismissed as a defendant in this adversary proceeding as a result of the dismissal of Count III of Clean Harbors Adversary Complaint pursuant to the Bankruptcy Court's Order and Memorandum Opinion, each dated October 19, 2005. *See* Adv. Docket Nos. 15 & 16. The dismissal of Ballard Spahr Andrews & Ingersoll, LLP from the adversary proceeding was not appealed.

Harbors, Inc.'s appeal from the United States Bankruptcy Court for the District of Delaware's (i) Findings of Fact and Conclusions of Law [Adv. Docket No. 71], and (ii) the accompanying Judgment Order [Adv. Docket No. 72], each entered on January 3, 2008, as follows:

1. Defendants' Trial Exhibit D-29: Delaware Secretary of State Corporate Records for Safety-Kleen (Bridgeport), Inc.;

2. Motion of Defendants to Dismiss Count III of Plaintiff's Complaint, filed April 20, 2005 [Adv. Docket No. 5], with supporting Exhibits and Memorandum of Law;

3. Amended Complaint for (A) Declaratory Relief; and (B) Damages, pursuant to Section 105(a) of the Bankruptcy Code due to Defendants' Violation of the Injunction Provisions of the Sale Order dated June 18, 2002 [D.I. 4932], filed on April 27, 2005 [Adv. Docket No. 6];

4. Plaintiff's Opposition to Motion of Defendants to Dismiss Count III of Plaintiff's [Amended] Complaint, filed April 28, 2005 [Adv. Docket No. 7];

5. Plaintiff's Memorandum in Opposition to Motion of Defendants to Dismiss Count III of Plaintiff's [Amended] Complaint, filed April 28, 2005 [Adv. Docket No. 8];

6. Reply Memorandum of Law of Defendants in support of Motion to Dismiss Count III of Plaintiff's [Amended] Complaint, filed May 10, 2005 [Adv. Docket No. 11];

7. Stipulation of Counsel to Substitute Exhibit D to Complaint and Amended Company, filed June 7, 2005 [Adv. Docket No. 14];

8. Answer and Counterclaim of Defendants, filed November 18, 2005 [Adv. Docket No. 18];

9. Answer to Counterclaims of Defendants, Arkema, Inc., Helen Kramer Landfill Superfund Site Group, and Ballard Spahr Andrews & Ingersoll, LLP, filed December 19, 2005 [Adv. Docket No. 19];

10. Motion of Defendants for Summary Judgment, filed March 22, 2006 [Adv. Docket No. 20];

11. Memorandum of Law of Defendants in support of Motion for Summary Judgment, filed March 22, 2006 [Adv. Docket No. 21];

12. Opposition of Clean Harbors, Inc. to Defendants' Motion for Summary Judgment, filed May 5, 2006 [Adv. Docket No. 23];

13. Memorandum of Points and Authorities of Clean Harbors, Inc. in support of Opposition to Defendants' Motion for Summary Judgment, filed May 5, 2006 [Adv. Docket No. 24];

14. Reply Memorandum of Law of Defendants in support of Motion for Summary Judgment, filed June 5, 2006 [Adv. Docket No. 25];

15. Transcript of Hearing on Motion of Defendants to Compel the Testimony of Raeford Craig Lackey or, in the alternative, to compel Production of Certain Documents Requested, held on August 13, 2007 [Transcript ordered by Clean Harbors, Inc. on January 24, 2008]; and

16. Order Regarding Post-Trial Procedures, entered on October 30, 2007 [Adv. Docket No. 64].

Respectfully submitted,

BALLARD SPAHR ANDREWS & INGERSOLL, LLP

By: /s/ Leslie C. Heilman
Tobey M. Daluz, Esquire (No. 3939)
Leslie C. Heilman, Esquire (No. 4716)
919 Market Street, 12th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: daluzt@ballardspahr.com
heilmanl@ballardspahr.com

-and-

Vincent J. Marriott, III, Esquire
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Phone: (215) 665-8500
Facsimile: (215) 864-9762
E-mail: marriott@ballardspahr.com

Attorneys for Defendants/Appellees