IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**DOCKET ITEM #**   4

IN RE: Safety-Kleen, et al.

|   |   |   |
|---|---|---|
| Clean Harbors Inc. | ) |   |
|   | ) |   |
| Appellant | ) | Civil Action No.   08-87 |
| v. | ) |   |
|   | ) |   |
| Arkema Inc., Elf Atochem North America Inc., Helen Kramer Landfill Superfund Site Group | ) |   |
|   | ) |   |
| Appellee | ) | Bankruptcy Case No. 00-02303 |
|   | ) | Adversary Case No. 05-50474 |
|   | ) | Bankruptcy Appeal No. 08-3 |

**NOTICE OF DOCKETING**

A Notice of Appeal of the following order of the Bankruptcy Court dated 1/3/08 was docketed in the District Court on 2/11/08:

    Judgment Order is granted in favor of the Defendants.

In accordance with the Standing Order of the Court dated July 23, 2004, this case shall be referred to the Appellate Mediation Panel, and briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5.

                                                                   Peter T. Dalleo
                                                                   Clerk of Court

Date:   February 12, 2008

To:   U.S. Bankruptcy Court

Counsel