IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: :<br>:<br>SAFETY-KLEEN, *et al.*, :<br>:<br>:<br>:<br>: | |
| CLEAN HARBORS, INC., :<br>: | Civil Action No. 08-87 (GMS) |
| Appellant, :<br>: | |
| v. : | |
| ARKEMA, INC., f/k/a ATOFINA CHEMICAL, :<br>INC., and also f/k/a ELF ATOCHEM NORTH :<br>AMERICA, INC., HELEN KRAMER LANDFILL :<br>SUPERFUND SITE GROUP, and BALLARD, :<br>SPAHR, ANDREWS & INGERSOLL, LLP,[1] :<br>: | Bankruptcy Case No. 00-02303 (PJW)<br>Adv. Pro. No. 05-50474<br>Bankruptcy Appeal No. 08-3 |
| Appellees. : | |

**ORDER AMENDING JUDGMENT PURSUANT TO FED. R. BANKR. P. 8012**

This matter having come before the Court on the Joint Unopposed Motion of Appellant, Clean Harbors, Inc., and Appellees, Arkema, Inc., f/k/a/ Atofina Chemical, Inc., and also f/k/a Elf Atochem North America, Inc., and Helen Kramer Landfill Superfund Site Group, to Modify the Court's Findings of Fact and Conclusions of Law [D.I. 61] and Judgment Order [D.I. 62], pursuant to Fed. R. Bankr. P. 8012 and the Court

---

[1] Ballard Spahr Andrews & Ingersoll, LLP was dismissed as a defendant in this adversary proceeding as a result of the dismissal of Count III of Clean Harbors Adversary Complaint pursuant to the Bankruptcy Court's Order and Memorandum Opinion, each dated October 19, 2005. *See* Adv. D.I. 15 & 16

DM3\719763.2

having reviewed the Motion [2] and determined that the relief requested in the Motion is warranted; it is hereby Ordered that:

1. The relief sought in the Motion be, and it hereby is, GRANTED.

2. Pursuant to Fed. R. Bankr. P. 8012, the Court's Findings of Fact and Conclusions of Law [D.I. 61] and Judgment Order [D.I. 62], both dated January 3, 2008, are both hereby amended to provide that judgment is entered in favor of Defendants and against Clean Harbors solely on the grounds that the Kramer Site appears on Exhibit A to the Sale Order, and not on the grounds that Clean Harbors is a successor to the Debtors.

3. This Court shall retain jurisdiction to decide any disputes arising with respect to the terms and conditions of this Order.

Dated: Wilmington, Delaware
August 25, 2008

_____
Honorable Gregory M. Sleet
United States District Court Judge

---

[2] Unless otherwise indicated, all capitalized terms used herein shall have the meanings ascribed to them in the Motion.

DM3\719763.2

2

FILED
AUG 25 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE